UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                              Plaintiff,          20 Civ. 6910 (LGS)

                    -against-                ORDER

   ANY AND ALL FUTURE FEES OWED TO
   SHELDON SILVER BY WEITZ &
   LUXENBERG, P.C. RELATED TO ANY
   REFERRALS OF PATIENTS BY ROBERT
   TAUB TO WEITZ & LUXENBERG, P.C.
   THAT OCCURRED PRIOR TO 2008,

                    Defendant-in-Rem.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed this in-rem action on August 26, 2020.  It is hereby

      **ORDERED** that by **November 5, 2020**, Plaintiff shall file a letter apprising the Court of the status of this case per Individual Rule III.A.1, including any published notice of the Complaint against Defendant in-rem.

Dated: October 30, 2020
       New York, New York

                                                            **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**