

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *United States of America v. Any and all future fees owed to Sheldon Silver by Weitz & Luxenberg, P.C. related to any referrals of patients by Robert Taub to Weitz & Luxenberg, P.C. that occurred prior to 2008*, **20 Civ. 6910 (LGS**)

Dear Judge Schofield:

      The Government respectfully requests that the Court enter the proposed Judgment of Forfeiture in the above-captioned matter as no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:   s/ Daniel C. Richenthal
      Daniel C. Richenthal
      Assistant United States Attorney
      (212) 637-2109